# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | No: 26-01450 |
| KARL D IVY, | Chapter 13 |
| Debtor(s). | Judge: Deborah L Thorne |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Selfreliance Federal Credit Union ("**Movant**") hereby moves (this "**Motion**"), pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay with respect to the real property of the Debtor commonly known as 2708 W. Chicago Ave., Unit 1, Chicago, IL 60622 (the "**Property**"), and in support respectfully states:

1. The Debtor filed a petition for relief [Dkt. No. 1] (the "**Petition**") under chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), thereby initiating the above-captioned case (this "**Case**"), on January 27, 2026, at 4:28 PM (the "**Petition Date**").

2. As set forth in the Petition, the Property is the Debtor's principal residence.

3. The Debtor has yet to file a proposed plan or schedules and statements, among other papers, and confirmation is set for March 17, 2026.

4. Movant is a secured creditor as to the Property by virtue of a note (the "**Note**") and underlying loan (the "**Loan**") secured by a properly perfected mortgage (the "**Mortgage**"). Copies of the Mortgage and the Note (together, the "**Loan Documents**") are attached as **Exhibit A** hereto.

5. Movant is an entity who has the right to foreclose the Mortgage and who services the Loan on the Property.

6. As of the Petition Date, a foreclosure action respecting the Property was pending in the Circuit Court of Cook County, Chancery Division, as *Selfreliance Federal Credit Union v. Ivy et al.*, Case No. 2022CH11838 (the "**Foreclosure Action**").

7. On October 23, 2025, the state court in the Foreclosure Action entered a *Judgment of Foreclosure and Sale Order* (the "**Foreclosure Judgment**") in favor of Movant. A copy of the Foreclosure Judgment is attached as **Exhibit B** hereto.

8. After the statutory right of redemption under Illinois law ran on January 23, 2026, a foreclosure sale (the "**Sale**") was held and successfully concluded at 11:00 AM on January 27, 2026, as is set forth in the report of sale (the "**Sale Report**"), a copy of which is attached as **Exhibit C** hereto.

9. Due to the filing of this Case and the imposition of the automatic stay, the state court has yet to determine whether to confirm the Sale in the Foreclosure Action.

10. Once a foreclosure sale of the Debtor's residence has been concluded under Illinois law, the debtor may no longer redeem the residence through a chapter 13 plan under section 1322(c)(1) of the Bankruptcy Code. *Colon v. Option One Mortg. Corp.*, 319 F.3d 912, 921 (7th Cir. 2003) (upholding stay relief where foreclosure sale of residence completed, but not yet confirmed, prepetition).

11. Here, the Sale was concluded at 11:00 AM on January 27, 2026, *before* the Petition was filed at 4:28 PM later the same day.

12. Accordingly, the Debtor cannot redeem the Property through a plan in this Case, and the automatic stay should be modified to allow Movant to proceed with the Foreclosure Action, including by seeking confirmation of the Sale.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form of the attached Proposed Order:

a) Modifying the automatic stay so as not to restrain Movant (and its successors or assigns) from proceeding *in rem* under applicable non-bankruptcy law to enforce its remedies against the Property commonly known as 2708 W. Chicago Ave., Unit 1, Chicago, IL 60622;

b) Waiving or deeming inapplicable the 14-day stay in Bankruptcy Rule 4001(a)(4); and

c) Granting such other relief as the Court may deem just or proper.

/s/ *Nicholas E. Ballen*
Nicholas E. Ballen
ARDC No. 6320258
Counsel for Movant

Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077
nballen@klueverlawgroup.com
bknotice@klueverlawgroup.com
Our File No. SFC000002-26BK3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: | No: 26-01450

KARL D IVY, | Chapter 13

Debtor(s). | Judge: Deborah L Thorne

## NOTICE OF MOTION

TO: *See attached service list*

  PLEASE TAKE NOTICE that on Wednesday, February 11, 2026, at 9:15 AM, I will appear before the Honorable Deborah L Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, St., Chicago, IL 60604, **or** electronically as described below, and present a Motion for Relief from Automatic Stay, a copy of which is attached.

  **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

  **To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

  **To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

  **Meeting ID and passcode**. The meeting ID for this hearing is 160 9362 1728 and no password is needed. The meeting ID and passcode can also be found on the judge's page on the court's web site.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

            By: /s/ *Nicholas E. Ballen*
            Nicholas E. Ballen (ARDC No. 6320258)
            Counsel for Movant

Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077

# CERTIFICATE OF SERVICE

I, Nicholas E. Ballen, declare under penalty of perjury under the laws of the United States of America that I have caused a copy of this Notice and the attached *Motion for Relief from Automatic Stay* to be served on the Trustee and Debtor's counsel via the Court's CM/ECF system on January 29, 2026, and on the Debtor by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 9620 Ridgehaven Court, Suite A, San Diego, CA 92123, before the hour of 5:00 PM, on January 30, 2026.

/s/ *Nicholas E. Ballen*
An Attorney

Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077

## SERVICE LIST

**U.S. MAIL**

Karl D Ivy
4957 W, Race Ave
Chicago, IL 60644

**CM/ECF**

Veronica D Joyner
Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604