UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 26-01450 |
|---|---|---|
| KARL D IVY, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This matter having come to be heard on the motion (the "Motion") of Selfreliance Federal Credit Union ("Movant") for relief from the automatic stay,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The automatic stay is modified so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to the Property commonly known as 2708 W. Chicago Ave., Unit 1, Chicago, IL 60622.

3. The stay in Bankruptcy Rule 4001(a)(4) does not apply to this Order.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 11, 2026

**Prepared by:**

Nicholas E. Ballen
ARDC No. 6320258
Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077
nballen@klueverlawgroup.com